# J

# JEKIELEK & JANIS LLP
### ATTORNEYS & COUNSELORS AT LAW

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/16/2020
```

> It is hereby ORDERED that the Initial Pretrial Conference scheduled for November 23, 2020 is ADJOURNED *sine die*, and Plaintiff need not submit the joint letter and Case Management Plan and Scheduling Order outlined in the Court's October 8, 2020 Order. [D]kt. #2.] Plaintiff shall file its Motion for Default Judgment by November 30, 2020.
>
> SO ORDERED.
>
> Date:   November 16, 2020
>         New York, New York
>
> _____
> JOHN P. CRONAN
> United States District Judge

November 16, 2020

**SENT VIA ECF**

Hon. John P. Cronan, U.S.D.J.
Unites States District Court for the
Southern District of New York
500 Pearl Street, Room 1320
New York, NY 10007

**RE:   JOE HAND PROMOTIONS, INC. V. DELVIS BATISTA, ET AL.;**
**CIVIL ACTION NO. 1:20-CV-06460-JPC**

Dear Judge Cronan:

This firm represents Plaintiff Joe Hand Promotions, Inc. ("Plaintiff") in the above-referenced action. In accordance with Local Rule 7.1(d) and Your Honor's Individual Rules & Practices in Civil Cases 1.A., Plaintiff respectfully requests the cancellation of the November 16, 2020 Deadline for filing a Joint Letter & Case Management Plan and Scheduling Order and Initial Pretrial Conference that is scheduled for November 23, 2020 at 11:00 a.m.

Plaintiff filed its Complaint on August 14, 2020 and Defendants were properly served with the Summons and Complaint on September 26, 2020. *See* Doc. Nos. 1, 11. Defendants were required to answer or otherwise respond to the Complaint by October 19, 2020. Defendants failed to answer or otherwise respond, and Plaintiff filed a Motion for Entry of Default as to Defendants on November 12, 2020. *See* Doc. Nos. 13-16. Default was entered against both Defendants on November 12, 2020. *See* Doc. Nos. 17-18. Plaintiff will file a Motion for Default Judgment against Defendants by the end of the month which, after Your Honor's ruling, will close this matter.

Plaintiff hereby respectfully requests the November 16, 2020 Deadline for filing a Joint Letter & Case Management Plan and Scheduling Order and Initial Pretrial Conference be cancelled.

Thank you for your consideration on this matter.

Respectfully submitted,

/s/ Jon. D. Jekielek
Jon D. Jekielek, Esq.
Jekielek & Janis LLP
31 Cloverhill Place, Floor 1
Montclair, NJ 07042
T: 212-686-7008
jon@jj-lawyers.com

*Attorneys for Plaintiff*