UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
JOE HAND PROMOTIONS, INC., :
:
                 Plaintiff, :
:    20-CV-6460 (JPC)
    -v- :
:    ORDER
DELVIS BATISTA et al., :
:
               Defendants. :
:
---------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    It is hereby ORDERED that at the default judgment hearing scheduled for January 12, 2021 at 10:30 a.m., Plaintiff's counsel should be prepared to discuss any communications with Defendants or representatives for Defendants regarding their litigation and any intent to challenge the suit, including discussions about the alleged illegal conduct prior to the filing of the lawsuit; how Defendants were served with the Summons and Complaint and the Court's December 14, 2020 Order scheduling the hearing; why Plaintiff's counsel is confident that Defendants have been served with those documents and have notice of the hearing; and the method for calculating damages.

    SO ORDERED.

Dated: January 6, 2021
       New York, New York

                                                   JOHN P. CRONAN
                                                  United States District Judge